

March 18, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/19/2015 11:15:05 AM
CHRISTOPHER A. PRINE
Clerk

HONORABLE KATHERINE CABANISS
248TH DISTRICT COURT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name: TODD ARLAND MITCHELL

Cause No: 1438321

Court· 248TH DISTRCIT COURT

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 3/12/15
**Sentence Imposed Date:** 3/2/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

S NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

Cause No. ~~143568~~ 1438321

## THE STATE OF TEXAS

V.

Todd Mitchell _____ , A/K/A/ _____

P2

248 _____ District Court / County Criminal Court at Law No. _____

**Harris County, Texas**

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On MARCH 11, 2015 _____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☐ MOVES to withdraw

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

3-11-15
**Date**

*Todd A. Mitchell*
**Defendant (Printed name)**

TODD A. MITCHELL – PRO SE
SPN# 00791248

FILED
Chris Daniel
District Clerk
MAR 13 2015
Time: _____
Harris County, Texas
By _____ Deputy

_____
**Attorney (Signature)**

_____
**Attorney (Printed name)**

_____
**State Bar Number**

_____
**Address**

_____
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☒ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL

Accordingly. Appellant ASKS the Court to conduct a hearing, make findings. and enter an Order Granting the requested relief

*Todd A. Mitchell*
**Defendant (Signature)**

TODD A. MITCHELL
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# ORDER

On _____ **MAR 1 3 2015** the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☑ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

    ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

    ☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

    ☑ Defendant's / appellant's motion is **GRANTED** and

        ☐ _____ (attorney's name & bar card number)
        is **APPOINTED** to represent defendant / appellant on appeal

        ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

**BAIL IS**

    ☐ **SET** at $ _____

    ☐ **TO CONTINUE** as presently set

    ☑ **DENIED** and is **SET** at **NO BOND** (Felony Only)

### MAR 1 3 2015

DATE SIGNED _____

_____
JUDGE PRESIDING,
_____ DISTRICT COURT
COUNTY CRIMINAL COURT AT LAW NO _____,
HARRIS COUNTY. TEXAS

  Cause No. ~~141356~~ *1438321*
~~2u~~

THE STATE OF TEXAS                          IN THE _248_ DISTRICT COURT

v.                                          COUNTY CRIMINAL COURT AT LAW NO. _____

_Todd Mitchell_, Defendant                  HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal [or]

☐ the defendant has waived the right of appeal.

_____                          MAR 1 3 2015
Judge                                            _____
                                                 Date Signed

I have received a copy of this certification I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

_Todd M. Mitchell_                               FILED
_____                          Chris Daniel
Defendant — PRO SE                               District Clerk
                                                 MAR 13 2015                Defendant's Counsel
                                                 Harris County, Texas
Mailing Address: _1700 Baker St_                 Deputy          State Bar of Texas ID number. _____
_Hou, TX 77002_

Telephone number: _____                               Mailing Address _____

Fax number (if any): _Spn# 00797248_                            Telephone number. _____

                                                                Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal" TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

# APPEAL CARD

5-1-15

1st

**Court** 248

**Cause No.** 1438321

### The State of Texas
### Vs

Mitchell, Todd

**Date Notice Of Appeal:** MAR 1 3 2015    3-2-15

**Presentation:**          Vol.____ Pg.____

**Judgment:**          Vol.____ Pg.____

**Judge Presiding** Kathleen Colbrics

**Court Reporter** N/A

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** Todd Dupont

**Attorney on Appeal** _____

**Appointed**_____ **Hired**_____

**Offense** DWI w/prior

**Jury Trial:**          Yes_____ No_____

**Punishment Assessed** 10 7DX

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** _____

**Appellant Confined:**          Yes  X  No_____

**Date Submitted To Appeal Section** _____

**Deputy Clerk** _____

22/997